**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Joao Mbemba, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| Antone Moniz, et al, | ) |
| | ) |
| Respondent (s). | ) |

Civil Action No. 26-CV-10275-AK

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 3/3/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/12/2026                                        By the Court,

/s/ Courtney Horvath
Deputy Clerk